IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

---

BRENT HOPKINS )
)
   *Plaintiff* )
)
      v. )
) Case No.: 6:13-cv-03302-GAF
METROPOLITAN LIFE INSURANCE )
COMPANY )
   Serve: The Corporation Company )
   120 South Central Avenue )
   Clayton, MO 63105 )
)
      and )
)
METLIFE SECURITIES, INC )
   Serve: The Corporation Company )
   120 South Central Avenue )
   Clayton, MO 63105 )
)
   *Defendants*. )

---

## STIPULATION OF WITHDRAWAL AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the Complaint filed in the above-captioned litigation by Brent Hopkins against Metropolitan Life Insurance Company and MetLife Securities, Inc. is hereby withdrawn pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and shall be and hereby is dismissed in its entirety, with prejudice, and without attorney's fees, costs, or disbursement to any party.

82547358\V-1

Dated: July 15, 2014

| O'REILLY, JENSEN & PRESTON, LLC | DENTONS US LLP |
|---|---|
| */s/ Eric Jensen* | /s/ *Carly D. Duvall* |
| Eric G. Jensen (Mo. Bar # 43094) | Carly D. Duvall (MO Bar #61925) |
| 2808 S. Ingram Mill Road | 4520 Main Street |
| Building A104 | Suite 1100 |
| Springfield, Missouri 65804 | Kansas City, MO 64111-7700 |
| Telephone: 417.890.1555 | Telephone: 816.460.2582 |
| Facsimile: 417.890.1778 | Facsimile: 816.531.7545 |
| eric@ojplaw.com | carly.duvall@dentons.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

-AND-

PROSKAUER ROSE LLP
Joseph C. O'Keefe (*pro hac vice*)
Daniel L. Saperstein (*pro hac vice*)
One Newark Center
Newark, New Jersey 07102
Telephone: 973.274.3200
Facsimile: 973.274.3299
jokeefe@proskauer.com
dsaperstein@proskauer.com
*Attorneys for Defendants*

82547358\V-1